UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LMS Wellness, Benefit LLC<br><br>Plaintiff,<br><br>vs.<br><br>iAnthus Capital Holdings, Inc., et al.<br><br>Defendants. | Civil Action No. 1:23-cv-01644-JRR |

## JOINT STATUS REPORT

In accordance with this Court's sealed Memorandum Opinion and Order dated March 12, 2024 ("Order"), plaintiff LMS Wellness, Benefit LLC and defendants iAnthus Capital Holdings, Inc., Greenmart of Maryland, LLC, Budding Rose, Inc., and Rosebud Organics, Inc. (collectively, the "Parties") jointly report:

1. On March 4, 2024, the Circuit Court for Baltimore County, Maryland entered an order confirming the partial award referenced in the Order. The same court entered judgment consistent with the partial award on March 12, 2024.

2. A status conference with arbitrator Hon. James R. Eyler (ret.) in the arbitration referenced in the Order ("Arbitration") is set for May 3, 2024.

3. An evidentiary hearing on the claims remaining in the Arbitration is presently set for July 15-17, 2024.

4. In accordance with the Order, the Parties will provide another status report in 45 days or at the conclusion of the Arbitration, whichever occurs earlier.

Dated:  April 26, 2024

| | |
|---|---|
| */s/ Kevin D. Docherty* | */s/ Drew T. Dorner* |

Kevin D. Docherty (Bar No. 18596)  
James O. Strawbridge (Bar No. 20005)  
BROWN GOLDSTEIN & LEVY LLP  
120 East Baltimore St., Suite 2500  
Baltimore, MD 21202  
Telephone:  +1 410 962-1030  
Fax:  +1 410 385-0869  
E-mail:  kdocherty@browngold.com  
            jstrawbridge@browngold.com

*Attorneys for LMS Wellness, Benefit LLC*

Brian H. Pandya (admitted *pro hac vice*)  
Drew T. Dorner (admitted *pro hac vice*)  
DUANE MORRIS LLP  
901 New York Ave., Suite 700 East  
Washington, DC 20001  
Telephone:  +1 202 776-7800  
Fax:  +1 202 776-7801  
E-mail:  bhpandya@duanemorris.com  
            dtdorner@duanemorris.com

Robert Hopkins (Bar No. 06017)  
DUANE MORRIS LLP  
100 International Dr., Suite 700  
Baltimore, MD 21202  
Telephone: +1 410 949 2937  
Fax: +1 410 949 2976  
E-mail:  rbhopkins@duanemorris.com

*Attorneys for iAnthus Capital Holdings, Inc.; Greenmart of Maryland, LLC; Budding Rose, Inc.; Rosebud Organics, Inc.*