UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LMS Wellness, Benefit LLC | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 1:23-cv-01644-JRR |
| | : | |
| iAnthus Capital Holdings, Inc., et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## JOINT STATUS REPORT

In accordance with the Parties' Joint Status Report dated April 26, 2024, plaintiff LMS Wellness, Benefit LLC and defendants iAnthus Capital Holdings, Inc., Greenmart of Maryland, LLC, Budding Rose, Inc., and Rosebud Organics, Inc. jointly report:

1. An evidentiary hearing on the claims remaining in the Arbitration is presently set for July 15-17, 2024.

2. The parties to the Arbitration have agreed to submit post-hearing briefs 28 days after final transcripts from the hearing are available. The parties expect post-hearing briefs to be submitted in late August or early September and anticipate receiving a decision from the Arbitrator shortly thereafter.

3. In accordance with the Order, the Parties will provide another status report in 90 days or upon receiving a decision from the Arbitrator, whichever occurs earlier.

Dated:  June 11, 2024

| | |
|---|---|
| */s/ Kevin D. Docherty* | */s/ Drew T. Dorner* |
| Kevin D. Docherty (Bar No. 18596) | Brian H. Pandya (admitted *pro hac vice*) |
| James O. Strawbridge (Bar No. 20005) | Drew T. Dorner (admitted *pro hac vice*) |
| BROWN GOLDSTEIN & LEVY LLP | DUANE MORRIS LLP |
| 120 East Baltimore St., Suite 2500 | 901 New York Ave., Suite 700 East |
| Baltimore, MD 21202 | Washington, DC 20001 |
| Telephone:  +1 410 962-1030 | Telephone:  +1 202 776-7800 |
| Fax:  +1 410 385-0869 | Fax:  +1 202 776-7801 |
| E-mail:  kdocherty@browngold.com | E-mail:  bhpandya@duanemorris.com |
|             jstrawbridge@browngold.com |             dtdorner@duanemorris.com |
| | |
| *Attorneys for LMS Wellness, Benefit LLC* | Robert Hopkins (Bar No. 06017) |
| | DUANE MORRIS LLP |
| | 100 International Dr., Suite 700 |
| | Baltimore, MD  21202 |
| | Telephone: +1 410 949 2937 |
| | Fax: +1 410 949 2976 |
| | E-mail:  rbhopkins@duanemorris.com |
| | |
| | *Attorneys for iAnthus Capital Holdings, Inc.; Greenmart of Maryland, LLC; Budding Rose, Inc.; Rosebud Organics, Inc.* |